# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona, State of,<br><br>               Plaintiff,<br><br>v.<br><br>Sally Jewell, et al.,<br><br>               Defendants. | No. CV-15-00245-TUC-JGZ<br><br>**ORDER** |

     Pending before the Court is Defendants' "Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint (Sixth Request), New Mexico Department of Game and Fish and the State of Colorado's Complaints (Fourth Request) and the State of Utah's Complaint (Second Request)." (Doc. 44.) Defendants indicate that Plaintiff State of Arizona, Plaintiff-Intervenor State of Utah, and Defendants have reached a settlement, and intend to file a joint motion to enter settlement and a joint motion to stay litigation. (*Id.* at 2.) Plaintiff-Intervenors State of Colorado and New Mexico Department of Game and Fish did not join the settlement, but do not oppose the entry of settlement and will voluntarily dismiss their claims within seven days of the Court approving the settlement. Defendants request that the deadline to answer be extended to thirty days from the date of the Court's Order on the forthcoming motion to enter settlement.

     The Court having considered the Motion and good cause appearing,

     IT IS ORDERED that Defendants' Unopposed Motion for Extension of Time (doc. 44) is GRANTED. Defendants shall file their motion to enter settlement within

1. thirty (30) days of the date of this Order.

2. IT IS FURTHER ORDERED setting a status conference for **June 9, 2016 at 10:40 a.m.,** at the Evo A. DeConcini Courthouse, 405 W. Congress St., Tucson, AZ 85701, in Courtroom 5B before the Honorable Jennifer G. Zipps. Upon filing of a motion to enter settlement, the status conference may be vacated.

3. IT IS FURTHER ORDERED that Defendants shall file a response to the Complaint (doc. 1) and to the Complaints of Plaintiff-Intervenors Colorado, New Mexico Department of Game and Fish, and Utah (docs. 20, 25, 39) within thirty (30) days of a decision by this Court on the forthcoming joint motion to enter settlement.

Dated this 26th day of April, 2016.

*[signature]*
Jennifer G. Zipps
United States District Judge